# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Kennado K Taylor, )
)
Plaintiff )
)
vs. )  Case No. 19-1301-NJR
DR Karimi Illinois Department of ) (The case number will be assigned by the clerk)
Human Services DENNIS SCHROEDER )
GESSE Scott LORI DAMMERMANN )
TERRENCE CASEY Angela Cowell )
tori HOMAN JANE Doe John Doe )
Jen Mudd THEY are Sue THEY )
individual and officery )
_____, )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[x] Other federal law: Imminent dAnger of Serious Injury 28 U.S.C 1915(g)

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kennado X Taylor

Prison Identification Number: _____

Current address: PO Box 31 Chester IL 62233

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Karim

Current Job Title: Medical Director

Current Work Address: PO Box 31 Chester IL 62233

Defendant #2:

Grace & Hou

Full Name: Illinois Department of Human Services

Current Job Title: Human Services

Current Work Address: PO Box 31 Chester IL 62233

Defendant #3:

Full Name: Cori Dammermann

Current Job Title: Unit Director

2

Current Work Address **Po Box 31 Chester IL 62233**

**Defendant #4:**

Full Name: **Dennis Schroexer**

Current Job Title: **Unit two**

Current Work Address **Po Box 31 Chester IL 62233**

**Defendant #5:**

Full Name: **Terrence Casey**

Current Job Title: **Doctor Psych**

Current Work Address **Po Box 31 Chester IL 62233**

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒        No ☐

C. If your answer to B is yes, how many? **40**   Describe the lawsuit(s) below.

3

Defendant #5:

full NAME Angela Cowell
Current Job title LCSW SW IV
Current Work Address Po Box 31 Chester IL 62233

Defendant's #6:
full NAME Mike Parker
Current Work title Quality Manager
Current Job Address Po Box 31 Chester IL 62233

Defendant's #7:
full NAME JEN Mudd
Current Job title Committee Secretary
Current Work Address Po Box 31 Chester IL 62233

Defendant's #8:
full NAME Erin Hood
Current Job title ATC
Current Work Address Po Box 31 Chester IL 62233

For Additional defendant's provide THE information in THE Same Format As Above on A Separate PAge Did AS following Kennado Taylor

3 of 3

Defendant's #9
full NAME John Doe
Current Job title STA 4
Current Work Address PO Box Chester IL 62233

Defendant's #10
full NAME JANE DOE
Current Job title STA 4
Current Work Address PO Box 31 Chester IL 62233

Defendant's #11
full NAME tori HOMAN
Current Job title LCSW
Current Work Address PO BOX 31 Chester IL 62233

Defendant's #12
full NAME Jen mudd
Current Job title committee
Current Work Address PO BOX 31 Chester IL 62233

Defendant's #13
full NAME John Doe
Current Job title STA 1
Current Work Address PO BOX 31 Chester IL 62233

Defendant's #14
full NAME JANE DOE
Current Job STA 1  3 of 3
Current Work Address PO Box 31 Chester IL 62233

1. Name of Case, Court and Docket Number
   I DO not have the case docket or number I had a lawyer

2. Basic claim made 8and 14 Amend Due process of law Negative treatme,

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?) I still have one pending Some was dismissed Some I dismissed

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Date(s) of the occurrence 9/19/2019

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On THE Above DAte I was Beating Sect I have Been and Chester mental Health Center Sect that DAte THE Above Defendants have Been deny me School mental Health Care and treatment See CASE NO 19-cv-00497 SMy wear I told THE Court and Hon Judge that if I Come Back to Chester mental Health center I will Be Attack By other patients that is and gangs and sect then I have Been Attack and Keeping my self SAfe By fighting All I am Look on THE Unit C-3 24 Hour's A Day with NO HUMANE CARE SERVICES I have not Sign Any treatment Plan I am and A environmenl with patients that First Come in to Chester mental Health Center that is not on Psych medications At All THEy CAN not Control THEir behaviors and I Suffer BECAUSE THEy CAN not Control THEIR Behaviors when I am mentally stable THEy put me with mentally ill Patients that not mentally Stable Some Are NGRI unfit Civi with Anything to lose like me THE population Also Violates THE Constitutional Rights of both groups of patients my Behaver Come FOR THE INAppropriate Confinement of Being Lock on THE Unit with NO groups NO Active treatment I have no Activity on THE Unit

5

or off THE Unit I have No treatment progresses I CAN not Go to eat meals lunck dinner THE Above Defendant's DR KArimi Illinois Department of Human Services LORI DAMMERMANN Angela Cowell MD CASEy terRENce GEGG Scott Mike Parker JEN Parker Erin Hood DENNIS SchROEKeR All THE Above Defendants Defendant Erin Hood Activity therapy told me She Wish I Was Die She only give Activity therapy 1 on unit C-1 Wear hear office is She have not developing Any treatment Plan For me during Any of my STAy At Chester mental Health center She DO not Come and DO Any therapy with C-2 or C-3 She DO not DO Any Any daily Activity on THE unit C-2 or C-3 or C-1 it cruel and unusual Punishment Conditions it under THE Due process Clause of THE Fourteenth Amendment and Vidation's of THE Americans Disabilities Act 29 U.S.C.

THE JANE DOE Sta 4 out of Retaliation Because of my mental Health and Developmental Disabilities and me Lock on THE unit with you mental Health Care and treatment no groups no school But with other patient that CAN not control THEir Behavior's BECAUSE THEY are confinement to THE Unit to THE Stay Jane have told THE John Doe or Sane Doe Sta 1 Sta 2 Confinement inappropriate disciplinary treatment of puting me and Restraints FoR 12 Hours or longer to use Restraint's I told them I will Kill my self when I get out of THE Restraints THEy told me so we do not want you hear so Kill your self if wish THE JANE Doe Nurse or John Do Nurse will lie and CAN THE DR Karimi or Casey and keep geting them we new THE Defendant's is A wear that it will cause me Health problem Condition and it is medically serious and painful to me and extreme pain and it have threatens my daily Activities and THE SANE Doe or John Doe Norse or going to Cover up THE medical Document THEy put me and Restraints FoR 8 Hour's and I was giving psych medications and it have cause me traumatic injury and THE SANE DOE PA and John Doe medical Doctor is cover up my Injury's and still deny and delayed my medical care and treatment FoR it and THE Restraint's Room is THE Only Room with no video Camera so you CAN Be harassment harm not protect By Any one this is still happing At All time and I CAN not take it and I will kill my self or THE Sta 1 will kill me BECAUSE I CAN not take this Any more I told THE Court if I was sent back to Chester mental Health this will happing See No 19-cv-00497 Smy

7 of 7

Defendant LORI DAMMERMANN is a wear of THE ongoing diagnose of Bipolal PSD and Serious depression and a wear with a evil motive that I am under Serious medical need and under imminent danger of a Serious physical injury's and other Attacked and Being Attacked By other patient and have Confinement to C-3 Unit mentally ill unStable patient's that CAN not Control THeir Behavior and Failure to house me with THE patient's that stAble on THEY psych Medication's then put me in RestrAint's FOR Hour's At A time with Set Nurse's that Cover up THE Document and THE psych Doctor CASEY and MD KARIMI that order that I stay Down and THE restraint's BECAUSE THEY DO not Want me in chester mental Health CENTER I have told LORI DAMMERMANN I am going to Kill my Self if she Keep Doing this to me and not giving me mental Health Care and Keeping me Lock on THE unit with unstable patient's that CAN not control their Behavior BECAUSE THEY are Lock on THE unit 24 Hour's A DAY so ever one fight All THEY BECAUSE THEY Buy up to it NO qualifed professional 24 Hour's A DAY or Any Clinical psychologist qualifed to examiner I DO not have Any Recovery Services to Help me identify my triggers Warning to maintain my mental illness it no group's or programs No support or Recovery principles For my Condition NO EXCEPT FOR emergencies I CAN not medical Care or treatment from THE Nurse's I have no privileges I have no protect From harm or harresment I have A mental Health Developmental Disabilities it NO mental Health or developmental diisabilites Services and Defendant LORI DAMMERMANN is A wear of me tell her I am going to Kill my Self BECAUSE I have told her About my emotional feelings I CAN not Control my emotional

7 of 7

or feelings About Any thing I Do I have No Help From mental Help At All Unit Director and Psychiatrist have me THEY are Going to put me on A medication that can Kill with out my Consent and THEY will not make A Record of it THE are not Going By THE Pocy I am not safe I am going throw trawn and my environment I Will Be Kill By MD KArim or DR CASEY and LORI DAMMERMNN and THE John Doe STA 1 and STA 2 and STA 4 will Cover it up and THE Room with no CAMMERA that Could Be and THE Room Like it CAMMERA ever wear and chester mental Health Center I am Going throw Psychological trAuma of A Serious mental Health need of my disability Statutes of Abuse and Neglect of individual With A Serious mental illness it No programming and Any Separate Severely mentally of NGRI and unfit Civil Patient that DR KArimi and LORI and Casey Jen mudd Lori HOMAN Angela Cowell CES6 Sott and THE JANE DOE and John DOE STA 2 and STA 4 keep ever one together it is inappropriate disciplinary treatment and Placement of THE population of THE mentally unstable patient With THE stable patient who Cant or Dont Control THEIR Behavior it volates THE Constitutional Right of both group's I am going to Kill my self and Any thing Was Did About and THE Keep Jumping on and THE Chester mental Heath

Seeking punitive Damages 350,000
Compensator Damages 1,000,000
Damages For Emotional mental Physical Suffering
Seeks injunctive relief to Be move out Chester Mental Health Center

JURY DEMAND    Yes ☒    No ☐

Signed this _____ day of 10/15/19 , 20 19 .

( Signature of Plaintiff)

| Name of Plaintiff: Kennado K Taylor | Inmate Identification Number: |
|---|---|
| Address: P o Box 31 Chester IL 62233 | Telephone Number: |

8

Kennedo J Taylor
Chester Mental Health Center
PO Box 31
Chester IL 62233-0031

Clerk office
US District Court 750 Missouri Avenue
East St Louis IL 62201

MAIL CLEARED
US MARSHALS

SEAL
LEGAL
MAIL

SEAL
LEGAL
MAIL

SEAL
LEGAL
MAIL

RECEIVED
NOV 2 6 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE