# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 19-1301-NJR |
| KARIMI, et al | ) ) ) |
| Defendants. | ) |

# ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On December 9, 2019, Taylor's motion for leave to proceed *in form pauperis* ("IFP") was denied as he has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception (Doc. 6). Taylor was ordered to pay the filing fee of $400.00 on or before December 30, 2019 and was warned that failure to comply would result in dismissal of the action. *Id*.

To date, Taylor has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: January 7, 2020**

s/ NANCY J. ROSENSTENGEL
NANCY J. ROSENSTENGEL
**Chief U.S. District Judge**
